IN THE FOURTH JUDICIAL
CIRCUIT COURT, IN AND FOR
CLAY COUNTY, FLORIDA

CASE NO.:
DIVISION:

CHELSEA L. KALYNYCH,

    Plaintiff,

vs.

ISIAH L. DAVIS and DOORDASH, INC.
a foreign profit corporation,

    Defendants.
_____/

## COMPLAINT AND DEMAND FOR TRIAL BY JURY

    COMES NOW, Plaintiff CHELSEA L. KALYNYCH, and sues Defendant ISIAH L. DAVIS and DOORDASH, INC., and alleges:

### Jurisdiction

    1.    This is an action for damages which exceeds $30,000.00 exclusive of interest, costs and attorneys' fees.

### Parties

    2.    At all times material hereto, Plaintiff CHELSEA L. KALYNYCH (hereinafter referred to as "KALYNYCH" was a resident of the State of Florida.

    3.    At all times material hereto, Defendant ISIAH L. DAVIS (hereinafter referred to as "DAVIS" was a resident of the State of Texas.

    4.    At all times material hereto, Defendant DOORDASH, INC. (hereinafter, "DOORDASH"), was a foreign profit corporation with its principal place of business located at 303 2nd Street, South Tower, Ste 800, San Francisco, CA 94107, and registered to do business in

the State of Florida.

## Venue

5.  Venue is proper in Clay County, Florida in that the acts and omission giving rise to the claims alleged herein occurred in Clay County, Florida.

## General Allegations

6.  At all times relevant hereto including February 19, 2022, at approximately 2:42 p.m., KALYNYCH was the authorized operator of a 2014 Jeep Grand Cherokee (Vehicle Identification Number: 1C4RJEAG4EC185348) (hereinafter, the "JEEP").

7.  At all times relevant hereto including February 19, 2022, at approximately 2:42 p.m., DAVIS was the owner and operator of a 2016 Ford Mustang (Vehicle Identification Number: 1FA6P8TH9G5272829) (hereinafter, the "FORD").

8.  On February 19, 2022, at approximately 2:42 p.m., KALNYCH was the operator of the JEEP which was travelling in an easternly direction and approaching stopped traffic on Wells Road in Clay County, Florida. At that time and place, the FORD, while being driven by DAVIS pulled into the JEEP's lane causing the front of the JEEP to strike front passenger side of the FORD.

## COUNT I – Negligence
### (Against Defendant Isiah Davis)

9.  Plaintiff, KALYNYCH incorporates by reference the allegations contained in Paragraphs 1 through 8 above as though fully stated herein.

10. Defendant DAVIS owed KALYNYCH a duty of reasonable care.

11. Defendant DAVIS breached his duty of reasonable care owed to KALYNYCH in one or more of the following manners:

   a. failing to observe traffic conditions and respond as a reasonable and prudent operator of motor vehicle;

   b. operating the FORD at an excessive speed for the conditions;

   c. failing to maintain a proper lookout while operating the FORD;

   d. failing to yield to the right of way;

   e. carelessly operating the FORD so that it caused the JEEP to strike the passenger front side of the FORD without justification to do so.

  12. As a direct and proximate result of Defendant DAVIS' breach of his duty of reasonable care owed to KALYNYCH, KALYNYCH has suffered serious bodily injury, including permanent injuries within a reasonable degree of medical probability, and resulting pain and suffering, permanent disability, disfigurement, mental anguish, aggravation of pre-existing injury, loss of capacity for the enjoyment of life, medical expenses, other expenses directly related to the injuries suffered, rehabilitation care, nursing care and treatment, loss of wages and loss of earning capacity. The Plaintiff's losses are permanent and continuing and the Plaintiff will continue to suffer the losses in the future.

  WHEREFORE, Plaintiff, CHELSEA L. KALYNYCH, prays for the entry of a judgment in his favor and against Defendant, ISIAH L. DAVIS, for personal injury damages, including economic and non-economic damages, interest, costs, and all other relief as this Court may deem just and proper.

<b><u>COUNT – II Vicarious Liability – Respondent Superior</u></b><br><b>(Against Defendant Doordash, Inc.)</b>

  13. Plaintiff incorporates the allegations contained in Paragraphs 1 through 12 above as through fully pled herein.

14. At all times relevant hereto, DAVIS was an employee of DOORDASH.

15. At all times relevant hereto, including at the time of the motor vehicle collision on February 19, 2022, DAVIS was in the course and scope of his employment with DOORDASH.

16. As the employer of DAVIS, DOORDASH is vicariously liable for the negligent acts and omissions of DAVIS including the collision of February 19, 2022.

WHEREFORE, Plaintiff, CHELSEA L. KALYNYCH, prays for the entry of a judgment in her favor and against Defendant, DOORDASH, INC., for damages, including economic and non-economic damages, interest, costs, and all other relief as this Court may deem just and proper.

### DEMAND FOR JURY TRIAL

Plaintiff requests a jury trial on all issues so triable.

### DESIGNATION OF EMAIL ADDRESS FOR SERVICE

For service of pleadings and papers pursuant to Rule 2.516, Fla. R. Jud. Admin. the Plaintiff designate the following:

Primary: Philip@JaxLitigation.com (Primary)
Secondary: Heather@JaxLitigation.com (Secondary)

By:/*s/Philip S. Kinney*
Philip S. Kinney, Esq.
Florida Bar No. 0709611
*Kinney & Moore, PLLC*
6816 Southpoint Pkwy., Ste. 1000
Jacksonville, Florida 32216
Tel: (904) 642-4111
Email: Philip@JaxLitigation.com (Primary Email)
Email: Heather@JaxLitigation.com (Secondary Email)
Attorney for Plaintiff