**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CHELSEA L. KALYNYCH,

    Plaintiff,

v.

Case No. 3:22-cv-1047-TJC-PDB

ISIAH L. DAVIS,

    Defendant.

## **O R D E R**

Upon review of the Joint Stipulation for Dismissal (Doc. 95), filed on July 23, 2024, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 25th day of July, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

jcd
Copies:

Counsel of record